HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LINDA E. KLAMM - 71506
BATYA F. SWENSON - 192396
LORIANNE G. CONKLIN - 213344
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:     (415) 541-9366
lklamm@hansonbridgett.com

Attorneys for Defendants
STANTON, KAY & WATSON, LLP
and EDWARD MEVI

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STANTON, KAY & WATSON, LLP; EDWARD MEVI,<br><br>　　　　　Defendants. | No. C 05-5333 MJJ<br><br>**STIPULATION FOR CONTINUATION OF BRIEFING SCHEDULE RE MOTION TO SUMMARY JUDGMENT** AND ORDER<br><br>Date:　　　November 28, 2006<br>Time:　　　9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Trial Date:　November 19, 2007<br><br>**[Previously set for November 21, 2006]** |

　　　　By agreement of the parties, Plaintiff filed its *Re-Notice of Motion for Summary Judgment* on October 25, 2006, in order to continue the hearing date from November 21, 2006, to Tuesday, November 28, 2006, at 9:30 a.m. in this Court.

　　　　The parties intended that the briefing schedule would also be continued consistent with the new hearing date. Pursuant to the Court's Standing Order dated May 12, 2006, which requires the Court's permission to modify a law and motion briefing schedule, the parties hereby submit the following stipulation and proposed order.

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their attorneys of record, with the court's permission, that the upcoming briefing schedule in connection with

- 1 -

STIPULATION FOR CONTINUATION OF BRIEFING SCHEDULE RE
MOTION FOR SUMMARY  JUDGMENT - C 05-5333 MJJ

1282765.1

Plaintiff's *Motion for Summary Judgment* be continued as follows:

1. Defendants Stanton, Kay & Watson, LLP and Edward Mevi shall file and serve its opposition papers no later than **November 7, 2006**.

2. Plaintiff Continental Casualty shall file and serve its reply papers no later than **November 14, 2006**.

SO STIPULATED:

DATED: October 26, 2006

ROSS, DIXON & BELL, LLP

By: /s/
JENNIFER MATHIS
Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

DATED: October 26, 2006

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
BATYA F. SWENSON
Attorneys for Defendants
STANTON, KAY & WATSON, LLP and EDWARD MEVI

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 31, 2006

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

- 2 -
STIPULATION FOR CONTINUATION OF BRIEFING SCHEDULE RE
MOTION FOR SUMMARY JUDGMENT - C 05-5333 MJJ

1282765.1