RICHARD A. SIMPSON (pro hac vice)
rsimpson@rdblaw.com
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

JENNIFER MATHIS (Cal. Bar No. 187275)
jmathis@rdblaw.com
BECKI F. KIEFFER (Cal. Bar No. 197773)
bkieffer@rdblaw.com
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, CA  92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Attorneys for Plaintiffs
CONTINENTAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>STANTON, KAY & WATSON, LLP;<br>EDWARD MEVI,<br><br>              Defendants. | No. C 05-5333 MJJ<br><br>**STIPULATION AND ████████ ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>[Proposed] Date:  December 5, 2006<br>Time:          9:30 a.m.<br>Courtroom:    11, 19th Floor<br>Trial Date:     November 19, 2007<br><br>**[Previously set for November 28, 2006]** |

WHEREAS, Plaintiff Continental Casualty Company ("Continental") originally noticed its motion for summary judgment for hearing on November 21, 2006;

WHEREAS, at the request of Defendants, Continental re-noticed the hearing on its motion for summary judgment for November 28, 2006;

1    WHEREAS, Plaintiff Continental has requested that the hearing on its motion for

2  summary judgment be continued to December 5, 2006;

3    WHEREFORE, IT IS HEREBY STIPULATED by and between the parties, that the

4  hearing on Continental's motion for summary judgment take place on December 5, 2006.

5

6

7  DATED:  November 13, 2006                ROSS, DIXON & BELL, LLP

8

9                                          By:_____/s/_____
                                               RICHARD A. SIMPSON
10                                             JENNIFER MATHIS
                                               BECKI F. KIEFFER
11                                             Attorneys for Plaintiff
                                               CONTINENTAL CASUALTY
12                                             COMPANY

13  DATED:  November 13, 2006                HANSON BRIDGETT MARCUS
                                            VLAHOS & RUDY, LLP
14

15

16                                          By:_____/s/_____
                                               LINDA E. KLAMM
17                                             BATYA F. SWENSON
                                               LORIANNE G. CONKLIN
18                                             Attorneys for Defendants
                                               STANTON, KAY & WATSON, LLP,
19                                             EDWARD MEVI, AND JAMES
                                               WATSON
20

21

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED:

24  Dated: November 14, 2006

25

26  _____
    HON. MARTIN J. JENKINS
27  UNITED STATES DISTRICT COURT JUDGE

28

STIPULATION AND ▉▉▉▉▉ ORDER CONTINUING HEARING ON
MOTION FOR SUMMARY JUDGMENT - C 05-5333 MJJ