RICHARD A. SIMPSON (pro hac vice)
rsimpson@rdblaw.com
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

JENNIFER MATHIS (Cal. Bar No. 187275)
jmathis@rdblaw.com
BECKI F. KIEFFER (Cal. Bar No. 197773)
bkieffer@rdblaw.com
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Attorneys for Plaintiffs
CONTINENTAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STANTON, KAY & WATSON, LLP; EDWARD MEVI,<br><br>Defendants. | No. C 05-5333 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION** |

WHEREAS, this is an action by Continental Casualty Company ("Continental") for a declaratory judgment regarding its rights and obligations under Lawyers Professional Liability Policy No. LAW-267838485, issued to Defendant Stanton, Kay & Watson, LLP (the "Policy");

WHEREAS, Continental seeks a determination that it is entitled to rescind the Policy, or, in the alternative, no coverage is available under the Policy for the actions styled <u>Pension Trust</u>

844099 v 1

1

Fund for Operating Engineers Local 3, et al. v. McMorgan & Co., et al., Case No. 06AS01323 (Sacramento Super.); Pension Trust Fund for Operating Engineers Local 3, et al. v. McMorgan & Co., et al., Case No. 06AS01324 (Sacramento Super.); and Pension Trust Fund for Operating Engineers Local 3, et al. v. McMorgan & Co., et al., Case No. 06AS01325 (Sacramento Super.) (collectively, the "Underlying Actions");

WHEREAS, the parties in the instant action and the parties in the Underlying Actions have agreed to participate in a joint mediation;

WHEREAS, the parties in the Underlying Actions are in the process of obtaining information needed to evaluate the claims prior to the mediation of the Underlying Actions;

WHEREAS, the parties in the Underlying Actions are currently attempting to schedule a mediation in February 2007;

WHEREAS, the parties to the instant action wish to extend the deadline for completing mediation in the instant action from December 2006 (pursuant to this Court's Pretrial Order dated August 25, 2006) to March 31, 2007;

WHEREFORE, IT IS HEREBY STIPULATED by and between the parties that the deadline for completing mediation in the instant action be extended to March 31, 2007.

| | | |
|---|---|---|
| 1 | DATED: November 17, 2006 | ROSS, DIXON & BELL, LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | RICHARD A. SIMPSON<br>JENNIFER MATHIS |
| 5 | | BECKI F. KIEFFER<br>Attorneys for Plaintiff |
| 6 | | CONTINENTAL CASUALTY COMPANY |
| 7 | DATED: November 17, 2006 | HANSON BRIDGETT MARCUS<br>VLAHOS & RUDY, LLP |

By: /s/
LINDA E. KLAMM
BATYA F. SWENSON
LORIANNE G. CONKLIN
Attorneys for Defendants
STANTON, KAY & WATSON, LLP,
EDWARD MEVI, AND JAMES WATSON

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 27, 2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

844099 v 1

3

STIPULATION AND [PROPOSED] ORDER CONTINUING
DEADLINE TO COMPLETE MEDIATION - C 05-5333 MJJ