RICHARD A. SIMPSON (pro hac vice)
rsimpson@rdblaw.com
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

JENNIFER MATHIS (Cal. Bar No. 187275)
jmathis@rdblaw.com
BECKI F. KIEFFER (Cal. Bar No. 197773)
bkieffer@rdblaw.com
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Attorneys for Plaintiffs
CONTINENTAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STANTON, KAY & WATSON, LLP; JAMES WATSON; EDWARD MEVI,<br><br>　　　　Defendants. | No. C 05-5333 MJJ<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE** |

　　　　WHEREAS, this is an action by Continental Casualty Company ("Continental") for a declaratory judgment regarding its rights and obligations under Lawyers Professional Liability Policy No. LAW-267838485, issued to Defendant Stanton, Kay & Watson, LLP (the "Policy");

　　　　WHEREAS, Continental seeks a determination that it is entitled to rescind the Policy, or, in the alternative, no coverage is available under the Policy for the actions styled <u>Pension Trust</u>

1  <u>Fund for Operating Engineers Local 3, et al. v. McMorgan & Co., et al.</u>, Case No. 06AS01323
2  (Sacramento Super.); <u>Pension Trust Fund for Operating Engineers Local 3, et al. v. McMorgan &</u>
3  <u>Co., et al.</u>, Case No. 06AS01324 (Sacramento Super.); and <u>Pension Trust Fund for Operating</u>
4  <u>Engineers Local 3, et al. v. McMorgan & Co., et al.</u>, Case No. 06AS01325 (Sacramento Super.)
5  (collectively, the "Underlying Actions");

6      WHEREAS, Defendants dispute Continental's position;

7      WHEREAS, the parties to the instant action and the parties to the Underlying Actions
8  have agreed to participate in a joint mediation;

9      WHEREAS, because the Underlying Actions need to be considered in any mediation of
10  the instant action, mediation of the instant action alone would likely be unsuccessful;

11      WHEREAS, at the request of the parties to the Underlying Actions, the joint mediation
12  that was to take place in February 2007 will now take place on May 15 & 16, 2007, all parties,
13  counsel, and the mediator having confirmed availability;

14      WHEREAS, the parties wish to extend the deadline set in the instant action for completing
15  mediation;

16      WHEREAS, to avoid unnecessary expense should the parties be able to resolve the instant
17  action at mediation, the parties wish to extend the discovery and motion deadlines in the instant
18  action;

19      WHEREAS, <u>the parties are *not* seeking to continue the trial date, the pre-trial conference</u>
20  <u>date, or the mandatory settlement conference date.</u>

21      WHEREFORE, IT IS HEREBY STIPULATED by and between the parties that
22      (1)    the mediation deadline be extended to <u>May 31, 2007</u>;
23      (2)    the non-expert discovery cut-off be extended to <u>July 18, 2007</u>;
24      (3)    the deadline for designating experts be extended to <u>July 16, 2007</u>;
25      (4)    the deadline for expert reports be extended to <u>July 23, 2007</u>;
26      (5)    the deadline for supplemental/rebuttal expert reports be extended
27  to <u>August 6, 2007</u>;
28      (6)    the expert discovery cut-off be extended to <u>August 13, 2007</u>;

(7) the deadline for dispositive motions to be heard be extended to <u>September 21, 2007</u>; and

(8) the trial date (November <u>19, 2007</u>), the pre-trial conference date (<u>November 6, 2007</u>), and the date for the mandatory settlement conference (<u>October 25, 2007</u>) **remain the same**.

DATED: March 30, 2007                                  ROSS, DIXON & BELL, LLP

                                                       By:  /s/
                                                       RICHARD A. SIMPSON
                                                       JENNIFER MATHIS
                                                       BECKI F. KIEFFER
                                                       Attorneys for Plaintiff
                                                       CONTINENTAL CASUALTY
                                                       COMPANY

DATED: March 30, 2007                                  HANSON BRIDGETT MARCUS
                                                       VLAHOS & RUDY, LLP

                                                       By:  /s/
                                                       LINDA E. KLAMM
                                                       BATYA F. SWENSON
                                                       LORIANNE G. CONKLIN
                                                       Attorneys for Defendants
                                                       STANTON, KAY & WATSON, LLP,
                                                       EDWARD MEVI, AND JAMES
                                                       WATSON

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __04/03__, 2007

                                                       _____
                                                       [signature: Martin J. Jenkins]
                                                       MARTIN J. JENKINS
                                                       UNITED STATES DISTRICT COURT JUDGE

847648 v 1

3

STIPULATION AND PROPOSED ORDER
REVISING CASE MANAGEMENT SCHEDULE—C 05-5333 MJJ