| | |
|---|---|
| 1 | RICHARD A. SIMPSON (pro hac vice) |
| | rsimpson@rdblaw.com |
| 2 | ROSS, DIXON & BELL, LLP |
| | 2001 K Street, N.W. |
| 3 | Washington, D.C. 20006-1040 |
| | Telephone: (202) 662-2000 |
| 4 | Facsimile: (202) 662-2190 |
| 5 | JENNIFER MATHIS (Cal. Bar No. 187275) |
| | jmathis@rdblaw.com |
| 6 | BECKI F. KIEFFER (Cal. Bar No. 197773) |
| | bkieffer@rdblaw.com |
| 7 | ROSS, DIXON & BELL, LLP |
| | 5 Park Plaza, Suite 1200 |
| 8 | Irvine, CA  92614-8529 |
| | Telephone: (949) 622-2700 |
| 9 | Facsimile: (949) 622-2739 |
| 10 | Attorneys for Plaintiffs |
| | CONTINENTAL CASUALTY COMPANY |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | No. C 05-5333 MJJ |
| Plaintiff, | **STIPULATION OF DISMISSAL [PROPOSED ~~ORDER~~]** |
| v. | |
| STANTON, KAY & WATSON, LLP; JAMES WATSON; EDWARD MEVI, | |
| Defendants. | |

851133 v 1

STIPULATION OF DISMISSAL - C 05-5333 MJJ

Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate to dismissal of this action in its entirety with prejudice, each party to bear its/his own attorneys' fees and costs.

DATED: June 29, 2007                               ROSS, DIXON & BELL, LLP


By: _____/s/_____
   RICHARD A. SIMPSON
   JENNIFER MATHIS
   BECKI F. KIEFFER
   Attorneys for Plaintiff
   CONTINENTAL CASUALTY
   COMPANY

DATED: June 29, 2007                               HANSON BRIDGETT MARCUS
                                                   VLAHOS & RUDY, LLP


By: _____/s/_____
   LINDA E. KLAMM
   BATYA F. SWENSON
   LORIANNE G. CONKLIN
   Attorneys for Defendants
   STANTON, KAY & WATSON, LLP,
   EDWARD MEVI, AND JAMES
   WATSON


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __7/06_____, 2007

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

851133 v 1

1

STIPULATION OF DISMISSAL - C 05-5333 MJJ